IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARLAN RICHARDS,

       Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                                                    Case No. 17-cv-81-jdp

REED RICHARDSON,

       Respondent.

---

       This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has been
rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Harlan

Richard's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

       /s/                                                          4/17/2017

| Peter Oppeneer, Clerk of Court | Date |
|---|---|